792 S.E.2d 907

**Norman J. HAYES, Respondent,**

v.

**STATE of South Carolina, Petitioner.**

**Appellate Case No. 2015–002294**
**Opinion No. 27676**

Supreme Court of South Carolina.

Heard October 20, 2016
Filed November 9, 2016

Attorney General Alan McCrory Wilson and Assistant Attorney General Patrick Lowell Schmeckpeper, both of Columbia, for Petitioner.

Appellate Defender Laura Ruth Baer, of Columbia, for Respondent.

PER CURIAM:

We granted a writ of certiorari to review the Court of Appeals decision in *Hayes v. State*, 413 S.C. 553, 777 S.E.2d 6 (Ct. App. 2015). After careful consideration of the appendices and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.